JOHN MORGAN OXNER
STORMY-LYN DUSTY OXNER
114 HWY 98 W
TYLERTOWN, MS 39667

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
803 US HWY 98 BYPASS
SUITE B
COLUMBIA, MS 39429

BANK BENOIT
202 MAIN ST
BENOIT, MS 38725

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CFNA
P.O. BOX 81315
CLEVELAND, OH 44181

HMA SANTA ROSA MEDICAL
6002 BERRYHILL RD
MILTON, FL 32570

IN HOUSE RLH LLC
47332 HWY 18
FRANKLINTON, LA 70438

KEESLER FCU
ATTN: BANKRUPTCY
P.O.BOX 7001
BILOXI, MS 39531

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

RADIUS GLOBAL SOLUTION
7505 METRO BLVD
EDINA, MN 55439

SHEFFIELD
ATTN: BANKRUPTCY
PO BOX 25127
WINSTON-SALEM, NC 27114

SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401

SYNCB/REEDS JEWELERS
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUIST BANK
ATTN: BANKRUPTCY
214 N TRYON ST STE 3
WILSON, NC 28202

TRUSTMARK BANK
POB 291
JACKSON, MS 39205

TRUSTMARK BANK
P O BOX 291
JACKSON, MS 39205

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232