**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JOHN MORGAN OXNER** | § | **CHAPTER 13** |
| **STORMY-LYN DUSTY OXNER** | § | |
| **DEBTOR** | § | **CASE NO. BK 26-51409** |

---

**NOTICE OF APPEARANCE**

COMES NOW, Genesis Bank, by and through its attorney, Jillian L. Guin White, of Rosen Harwood, P.A., and files this appearance and further requests that their name and address be added to the Court file in order that the undersigned may receive copies of Court notices, hearing dates, and other information distributed by the Clerk in this proceeding.

The proper address for the undersigned is as follows:

**Jillian L. Guin White**
**ROSEN ♦ HARWOOD, P.A.**
**2200 Jack Warner Parkway, Suite 200**
**Post Office Box 2727**
**Tuscaloosa, Alabama 35403-2727**
**Telephone: (205) 344-5000**
**jwhite@rosenharwood.com**

Date: October 19, 2026

Respectfully submitted,
*/s/ Jillian L. Guin White*
Jillian L. Guin White (MS-105387)
Attorney for Genesis Bank
Our File No. 55134.021

OF COUNSEL

ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200 (35401)
Post Office Box 2727
Tuscaloosa, Alabama 35403-2727
Telephone: (205) 344-5000

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following:

***By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed to the following:***

John Morgan Oxner
Stormy-Lyn Dusty Oxner
Debtors
114 Hwy 98 W
Tylertown, MS 39667

***Via the Court's Electronic mailing service (CM/ECF):***

Thomas Carl Rollins, Jr. (trollins@therollinsfirm.com *via CM/ECF Noticing Services*)
Attorney for Debtor
P.O. Box 13767
Jackson, MS 39239

David Rawlings (ecfnotices@rawlings13.net *via CM/ECF Noticing Services*)
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U. S. Trustee (USTPRegion05.AB.ECF@usdoj.gov *via CM/ECF Noticing Services*)
501 East Court Street
Suite 6-430
Jackson, MS 39201

This the 19th day of October, 2026.

*/s/ Jillian L. Guin White*
Jillian L. Guin White (MS-105387)
Of Counsel for Genesis Bank