**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 21, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
JOHN MORGAN OXNER
STORMY-LYN DUSTY OXNER
114 Hwy 98 W
Tylertown, MS 39667

CHAPTER 13 PROCEEDING:
26-51409 KMS

SSN: XXX-XX-2012

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

SRT OIL FIELD SERVICES LLC
attn: Payroll Dept
60 THAMES DRIVE
LAUREL, MS 39442

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JOHN MORGAN OXNER**
**STORMY-LYN DUSTY OXNER**

**CASE NUMBER: 26-51409 KMS**

## CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Trustee, do hereby certify that I have on this date mailed a true and correct copy of the attached Wage Release to the debtor's employer by United States Mail, postage prepaid, to the address below:

SRT OIL FIELD SERVICES LLC
attn: Payroll Dept
60 THAMES DRIVE
LAUREL, MS 39442

Dated: October 22, 2026

/s/David Rawlings
David Rawlings
Chapter 13 Trustee