# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51409 **Case Name:** John Morgan Oxner and Stormy-Lyn Dusty Oxner

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)