Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51409−KMS
**Chapter:** 13

**In re:**

John Morgan Oxner
114 Hwy 98 W
Tylertown, MS 39667

Stormy−Lyn Dusty Oxner
aka Stormy−Lyn Dusty Marie Oxner
114 Hwy 98 W
Tylertown, MS 39667

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 28, 2026

Danny L. Miller, Clerk of Court