United States Bankruptcy Court
Southern District of Mississippi

In re:
John Morgan Oxner
Stormy-Lyn Dusty Oxner
Debtors

Case No. 26-51409-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 3
Date Rcvd: Oct 28, 2026 | Form ID: n032 | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Morgan Oxner, Stormy-Lyn Dusty Oxner, 114 Hwy 98 W, Tylertown, MS 39667-7313 |
| cr | + | Genesis Bank, Rosen Harwood, P.A., 2200 Jack Warner Pkwy, P.O. 2727, Tuscaloosa, AL 35403-2727 |
| 5714820 | | Bank Benoit, 202 Main St, Benoit, MS 38725 |
| 5737495 | + | Genesis Bank, P.O. Box 299, Benoit, MS 38725-0299 |
| 5714823 | + | HMA Santa Rosa Medical, 6002 Berryhill Rd, Milton, FL 32570-5062 |
| 5715999 | | HMA Santa Rosa Medical Center, LLC dba Santa Rosa, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5714824 | | In House RLH LLC, 47332 Hwy 18, Franklinton, LA 70438 |
| 5714829 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5714838 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5714819 | + | Email/Text: bankruptcy@1ffc.com | Oct 28 2026 20:22:00 | 1st Franklin, 803 Us Hwy 98 Bypass, Suite B, Columbia, MS 39429-3710 |
| 5726107 | + | Email/Text: bankruptcy@1ffc.com | Oct 28 2026 20:22:00 | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa GA 30577-0880 |
| 5714822 | + | Email/Text: BKPT@cfna.com | Oct 28 2026 20:21:00 | CFNA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 5726132 | | Email/Text: BKPT@cfna.com | Oct 28 2026 20:21:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5714821 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 20:27:18 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5734421 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 20:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5738138 | + | Email/Text: bknotice@rosenharwood.com | Oct 28 2026 20:22:00 | Jillian Laura Guin White, Esq., Rosen Harwood, PA, Atty for Genesis Bank, P.O. Box 2727, Tuscaloosa, AL 35403-2727 |
| 5714825 | + | Email/Text: melissa.martin@kfcu.org | Oct 28 2026 20:22:00 | Keesler FCU, Attn: Bankruptcy, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5714826 | | Email/Text: cdavenport@lawmemphis.com | Oct 28 2026 20:21:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5714827 | + | Email/Text: ngisupport@radiusgs.com | Oct 28 2026 20:21:00 | Radius Global Solution, 7505 Metro Blvd, Edina, MN 55439-3010 |
| 5714828 | ^ | MEBN | Oct 28 2026 20:17:57 | Sheffield, Attn: Bankruptcy, Po Box 25127, |

| | | | | |
|---|---|---|---|---|
| | | | | Winston-Salem, NC 27114-5127 |
| 5717503 | | Email/Text: bankruptcy@bbandt.com | Oct 28 2026 20:22:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5714830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 20:27:17 | Syncb/Reeds Jewelers, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5714832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 20:27:17 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5714831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 20:27:12 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5714833 | | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5714835 | | Email/Text: bankruptcynotices@trustmark.com | Oct 28 2026 20:21:00 | Trustmark Bank, Pob 291, Jackson, MS 39205 |
| 5732369 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5714834 | + | Email/Text: bankruptcy@bbandt.com | Oct 28 2026 20:22:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St Ste 3, Wilson, NC 28202-1023 |
| 5723311 | + | Email/Text: bankruptcy@bbandt.com | Oct 28 2026 20:22:00 | Truist Bank, Support Services, P.O. Box 1847 / 100-50-01-51, Wilson NC 27894-1847 |
| 5714837 | | Email/Text: bknotice@upgrade.com | Oct 28 2026 20:21:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St 23rd Fl, San Francisco, CA 94111 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5714836 | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 291, JACKSON MS 39205-0291, address filed with court:, Trustmark Bank, P O Box 291, Jackson, MS 39205 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | |

| | |
|---|---|
| | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jillian Laura Guin White | on behalf of Creditor Genesis Bank jwhite@rosenharwood.com BKNotice@rosenharwood.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Stormy-Lyn Dusty Oxner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor John Morgan Oxner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51409−KMS
**Chapter:** 13

**In re:**

John Morgan Oxner
114 Hwy 98 W
Tylertown, MS 39667

Stormy−Lyn Dusty Oxner
aka Stormy−Lyn Dusty Marie Oxner
114 Hwy 98 W
Tylertown, MS 39667

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 28, 2026

Danny L. Miller, Clerk of Court